Nov. Term, 1856.

Timmons
v.
McOnnough-hay.

(1) Counsel for the appellants cited 4 Cruise's Dig. p. 383, s. 25; 4 Kent, 443; 2 Black. Com. 201; Com. Dig. Estoppel, E. 2; *Wheelock* v. *Henshaw*, 19 Pick. 345.

(2) Counsel for the appellee cited 7 Bac. Abr. F. pp. 232, 233; Litt. 711; Rawle on Covenants, &c., 341 to 347, and authorities; 2 Kent, 54; 4 *Id.* 413, 426; 2 Black. Com. 206, 224, 504.

---

## Timmons and Another *v.* McOnnoughhay.

An appeal does not operate as an exception to the ruling of the Court.
This case falls within *Zehnor* v. *Beard*, and *Young* v. *McLane*, at the present term.

APPEAL from the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—The appellee was the plaintiff below. The Court overruled a demurrer to the reply, but there is no exception taken. Jury trial, verdict, and judgment for the plaintiff below. The defendants below do not move for a new trial, nor except in any manner to the ruling of the Court. The appeal taken in the vacation after, does not operate as an exception.

This case falls within the rules laid down in the statute. 2 R. S. p. 115, and the cases of *Zehnor* v. *Beard*, and *Young* v. *McLane*, at the present term, expounding

Wednesday, January 21, 1857.

and applying that statute. · For the reasons there given, the judgment must be affirmed (1).

The judgment is affirmed with 5 per cent. damages and costs.

*J. M. Larue* and *B. O. Deming*, for the appellants.

*E. H. Brackett*, *G. S. Orth*, and *J. A. Stein*, for the appellee.

(1) *Ante*, 96, 357.